Deborah Jones
12602 Arbor Garden Ln
Houston, TX 77066
Phone Number:
Email: djones0656@gmail.com

United States Courts
Southern District of Texas
FILED

NOV 02 2018

David J. Bradley, Clerk of Court

DEBORAH JONES IN PRO SE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS (HARRIS)
## HOUSTON DIVISION

| | |
|---|---|
| DEBORAH JONES ) <br> ) <br> Plaintiff ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> MONTEREY FINANCIAL SERVICES, INC., et ) <br> al ) <br> Defendant ) <br> ) <br> ) <br> ) | Civil No: 4:18-cv-03177 <br><br> **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

**TO THE HONORABLE JUDGE AND COURT CLERK OF RECORDS:**

COMES NOW Deborah Jones ("Plaintiff") in the styled number cause under Rule 4 of the Texas Rule of Civil Procedure and with Plaintiff's Motion for Default Judgment and for matters referenced she shows the court herewith,

(1) On September 10, 2018 the Court issued an Order Setting Conference. In that order Plaintiff and Defendant were instructed within 15 days of receiving this order, which Plaintiff didn't receive, but was able to view the case online, were instructed to file a list of all entities that are financially interested in this litigation. Plaintiff filed her list within the 15 days, however, the Defendant failed to file their list within the 15 days after receiving the order. Based on the fact Defendant failed to file their list, they are in

default of the order issued by this court. The court has jurisdiction to enter a default judgment against the named Defendant pursuant to Rule 591 of the Texas Rules of Civil Procedure.

(2) Plaintiff movants the court for an entry of a default judgment after no list was filed by the Defendant within the deadline.

WHEREFORE, Plaintiff prays the Court will enter an order for default judgement in favor of Plaintiff and award Plaintiff the relief sought in the amount of $3,000.00 for the reasons stated in her Original Complaint.

Dated: October 31, 2018                                    Respectfully submitted

                                                           Deborah Jones/Pro Se
                                                           12602 Arbor Garden Ln
                                                           Houston, TX  77066
                                                           djones0656@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion has been sent via fax and email to Monterey Financial Services, Inc. on the 31st_ day of _October_, 2018.

                                                           Deborah Jones/Pro Se

Malone Akerly Martin, PLLC
NCX Building, Suite 1850
8750 North Central Expressway
Dallas, Texas  75231
rmalone@mamlaw.com
(214) 346-2631 (fax)
ATTORNEY'S FOR DEFENDANT